;:9377 w

gm

:N Tz»:;z :§r_zpt:§:i\czi f of S'rz>;ir of Hz».v»z,::‘_z< 35

._ PQ

;I` ¢Lr~,.

STATE CF HAWAlT, ReSpoudent-Plaintiff~Appelle 3W
` '::»‘

\'TS’ 

ROBERT MICHAEL ANDERSON, Petitioner-Defendant~Appellant.

CERTlORARl TO THE INTERMEDIATE COURT OF APPEALS
(CASE NOS. lDTA-O8~O1535 & DTI~OS~O4l693)

ORDER ACCEPTING APPLICATION FOR WRIT CF CERTlORARl
(By: Nakayama, J., for the courtU

Petitioner-Defendant-Appellant’5 application for writ

of certiorari filed on December l4, 2009, is hereby accepted.

DATED: Honolulu, Hawafi, January 26, 20lO.

FOR THE COURT:

z>M»¢Lu LC“V4daMLL4@4M,

AsSociate Justice

Craig W. Jerome, Deputy

Public Defender, for
Petitioner-Defendant-Appellant
on the application

JJ.

1Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald,

 

;.¢»,~» z

FYY *Pf
§ "1z$

aj
ma